# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| AMY C. STOKES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:15-00463 |
| | ) | Judge Sharp |
| TRANSTAR AUTOBODY TECHNOLOGIES, INC., | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendant Transtar Autobody Technology, Inc.'s Motion for Summary (Docket No. 22) is hereby GRANTED and Plaintiff Amy C. Stokes' claims are hereby DISMISSED WITH PREJUDICE.

The Clerk of the Court shall enter final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

*Kevin H. Sharp*
_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE