IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMY C. STOKES ) | |
| ) | |
| v. ) | NO. 3:15-0463 |
| ) | JUDGE SHARP |
| TRANSTAR AUTOBODY ) | |
| TECHNOLOGIES, INC. ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/12/2016 as to the order entered 7/28/2016 at DE#25.

      KEITH THROCKMORTON, CLERK
      s/Dalaina Thompson, Deputy Clerk